IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| SAGON RV SUPERCENTER, LLC, | ) | |
| Debtor, | ) | Case No. 09-51360 |
| | ) | Honorable James D. Walker, Jr. |

**ENTRY OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

TO ALL PARTIES, PLEASE TAKE NOTICE THAT:

COME NOW James C. Joedecke, Jr., Ryan D. Worsley and the law firm of Andersen, Tate & Carr, P.C., and file this Entry of Appearance and Demand for Service of Papers, as Counsel for and on behalf of CBD Management, LLC, a creditor and party in interest in the above-styled case, and pursuant to Bankruptcy Rule 2002 respectfully requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings, be served upon the undersigned at the office, postal address and telephone number listed as follows:

James C. Joedecke, Jr., Esq.
Ryan D. Worsley, Esq.
Andersen, Tate & Carr, P.C.
1505 Lakes Parkway, Suite 100
Lawrenceville, GA 30043
Telephone: (770) 822-0900
Facsimile: (770) 822-9680

PLEASE TAKE FURTHER NOTICE that the foregoing request includes notices and papers referred to in the Bankruptcy Rules and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, pleading or request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise.

CBD Management, LLC additionally requests that the Clerk of the Court place the foregoing name and address on any mailing matrix to be prepared or existing in the above-numbered case.

Dated this ___27th___ day of May, 2009.

                                    Respectfully submitted,

                                    **ANDERSEN, TATE & CARR, P.C.**

                                    _____/s/ James C. Joedecke, Jr._____
                                    James C. Joedecke, Jr.
                                    Georgia Bar No. 391885
                                    Ryan D. Worsley
                                    Georgia Bar No. 690606
                                    Attorney for CBD Management, LLC

P.O. Box 2000
Lawrenceville, Georgia  30046-2000
(770) 822-0900

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
|    SAGON RV SUPERCENTER, LLC, | ) | |
|         Debtor, | ) | Case No. 09-51360 |
| | ) | Honorable James D. Walker, Jr. |

## CERTIFICATE OF SERVICE

I certify that I am over the age of 18 and that on this day, I served a copy of the foregoing **ENTRY OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**, with adequate postage prepaid thereon and addressed as follows:

| | |
|---|---|
| Sagon RV Supercenter, LLC<br>172 Van Mar Boulevard<br>Jackson, GA 30233-6254 | Trustee William Flatau<br>Katz, Flatau and Boyer, LLP<br>355 Cotton Avenue<br>Macon, GA 31201 |
| J. Nevin Smith, Esq.<br>Smith Diment Conerly, LLP<br>402 Newnan Street<br>Carrollton, GA 30117 | |

Dated this \_\_\_27th\_\_\_ day of May, 2009.

          Respectfully submitted,

          **ANDERSEN, TATE & CARR, P.C.**

              /s/ James C. Joedecke, Jr.
          James C. Joedecke, Jr.
          Georgia Bar No. 391885
          Ryan D. Worsley
          Georgia Bar No. 690606
          Attorney for CBD Management, LLC

P.O. Box 2000
Lawrenceville, Georgia 30046-2000
(770) 822-0900

1059062_1.DOC